Frances Barbara McDonald, Respondent, v. Edward James McDonald, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Application of Leo Nitshke, Respondent, for an Order of Mandamus against James F. Finegan, President, and Others, as Commissioners Constituting the Municipal Civil Service Commission of the City of New York, and Others, Appellants.— Order unanimously modified by granting an alternative order of mandamus, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

William Heisten, Respondent, v. Beech-Nut Packing Company, Appellant. — Order unanimously modified by eliminating the provision for examination through Bartlett Arkell, and by striking from the last paragraph of the order the words " with leave to plaintiff to inspect and make copies or photostats thereof," and by providing that there may be a limited inspection and use of papers and documents under the rule laid down in Zeltner v. Fidelity & Deposit Co. (220 App. Div. 21), and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Elmer F. Andrews, as Industrial Commissioner of the State of New York, on Behalf of the State Insurance Fund, Respondent, v. Newport Sand & Cement Corp., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted, and the clerk of the county of New York, as required by section 188 of the Civil Practice Act, is ordered, upon payment of his proper fees therefor, forthwith to deliver to the clerk of the county of Monroe all papers filed in the action and certified copies of all minutes and entries relating thereto. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Herman Waldman, Respondent, v. John R. White and Another, Defendants, Impleaded with Underwriters Trust Company, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Julian Ollendorff, Appellant, v. Master Art Products, Inc., Respondent. — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Application of Voldemar T. Kruglak, to Remove an Action Pending in the Supreme Court, New York County, in Which Anna Dudek Is Plaintiff and Voldemar T. Kruglak, as Executor, etc., of Josef Skrzydlewski, Deceased, Is Defendant. Anna Dudek, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Blanche Marquis, Appellant, v. Leonard J. Marquis and Another, Respondents.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion for a bill of particulars as to items " VII " to " XV," inclusive, denied. No opinion. The bill of particulars to be served within twenty days after service of order. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.